**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Blanca Estela Rubalcava | CASE NO.: LA18-16436-NB |
| | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: July 13, 2018<br>TIME: 8:00 am<br>PLACE: 915 Wilshire Boulevard<br>Suite 1050 – ROOM 1<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  6/20/18**

_____
**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **BLANCA ESTELA RUBALCAVA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA18-16436-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 6/20/18, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/20/18 | Gloria Mangum | *Gloria Mangum* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                         **F 9013-3.1**

| In re **BLANCA ESTELA RUBALCAVA** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA18-16436-NB** |

## Service List

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Aspen G. Revocable Trust
2700A Philadelphia Rd
Edgewood, MD 21400

Blanca Estela Rubalcava
16227 Salazar Drive
Hacienda Heights, CA 91745

California Auto Finance
311 E Katella Ave
Orange, CA 92867

CWMBS Inc., CHL Mortgage Pass
through Trust 2005-3
P.O Box 650091
Dallas, TX 75265

FCI Lender Services Inc
8180 E. Kaiser Blvd
Anaheim, CA 92808

GM Financial
PO Box 182963
Arlington, TX 76096-2963

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017

Kevin Tang
Tang & Associates
601 S, Figueroa Street., Suite 4050
Los Angeles, CA 90071

LoanMe, Inc.
Attn: Bankruptcy
Po Box 5648
Orange, CA 92863

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

T MOBILE/T-MOBILE USA INC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

TANG & ASSOCIATES
601 S. FIGUEROA ST STE 4050
LOS ANGELES, CA 90071

Timepayment Corp, LLC.
16 New England Executive Office Park S.
Burlington, MA 01803

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Zieve, Brodnax & Steele, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**