Kevin Tang, Esq. (SBN: 291051)
Tang & Associates
601 S, Figueroa Street., Suite 4050
Los Angeles, CA 90071
Tel: 213-330-2619; Fax: 213-403-5545
Email: tangkevin911@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| Re:<br><br>Blanca Estela Rubalcava,<br><br>Debtor | Chapter **13**<br><br>**Case No.: 2:18-bk-16436-NB**<br><br>**SUPPLEMENTAL DECLARATION OF BLANCA ESTELA RUBALCAVA AS OWNER OF THE COLLATERAL IN SUPPORT OF THE MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>**Hearing Date:**<br>Date: August 2, 2018<br>Time: 8:30 a.m.<br>Ctrm: 1545<br>Place: 255 E. Temple St., Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, OFFICE OF THE UNITED STATES TRUSTEE, SECURED CREDITORS, AND THEIR COUNSEL (IF KNOWN) AND TWENTY LARGEST UNSECURED CREDITORS:**

    I, Blanca Estela Rubalcava, declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness, I could and would competently testify to the truthfulness of all the below statements:

1. I am the debtor in the instant bankruptcy proceeding case number, 2:18-bk-16436-NB.

2. I make this Declaration in support of my Motion to Avoid Junior Lien on Principal Residence.

3. That I am the owner of the real property located at 16227 Salazar Drive, Hacienda Heights, CA 91745 ("Real Property")

4. That the real property is encumbered by 3 mortgage liens.

5. That the 1st lien is held by CWMBS Inc., CHL Mortgage Pass Through Trust 2005-3 C/O Bayview Loan Servicing, LLC, ("Bayview") in the amount of $652,318.28.

6. That the 2nd lien is held by Aspen G. Revocable Trust aka Aspen Properties Group, LLC., C/O FCI Lender Services, Inc. ("Aspen"), in the amount of $100,000.00.

7. That the 3rd lien is held by Best Diamond Funding Corp., in the amount of $42,600.00.

8. That on April 18th, 2018, I obtained an appraisal by a Licensed Residential Property Appraisal, from Hector Perez.

9. That based on the review of Mr. Perez's appraisal, the value of the real property is $475,000.00.

10. That on July 15, 2018, the appraisal report was re-reviewed and the value obtained was the same in the amount of $475,000.00.

11. That I respectfully request the Court to grant the Motion to Avoid Junior Lien in order to remove liens that are not secured by the real property based on the current value.

I declare under penalty of perjury under the laws of the United States of America on July 30, 2018 at Ontario, California.

Blanca Estela Rubalcava
Debtor

| In re:                          |             | CHAPTER: **13**                    |
|---------------------------------|-------------|------------------------------------|
| **Blanca Estela Rubalcava**     | Debtor(s).  | CASE NUMBER: 2:18-bk-16436-NB      |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF BLANCA ESTELA RUVALCABA IN SUPPORT OF DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/30/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Courtesy NEF bknotice@mccarthyholthus.com**
**Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 bknotice@mccarthyholthus.com**
**Kathy A Dockery (TR) efiling@CH13LA.com**
**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/30/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Chambers of the Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/30/2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 30, 2018 | Ansony Medrano | /s/ Ansony Medrano |
|---------------|----------------|--------------------|
| Date          | Printed Name   | Signature          |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Aspen G Revocable Trust, its successors and/   The Law Offices of Michelle Ghidotti
0973-2                                   The Law Offices of Michelle Ghidotti           1920 Old Tustin Avenue
Case 2:18-bk-16436-NB                    1920 Old Tustin ave.                           Santa Ana, CA 92705-7811
Central District of California           Santa Ana, CA 92705-7811
Los Angeles
Mon Jul 30 17:16:17 PDT 2018

Los Angeles Division                     AmeriCredit/GM Financial                       Aspen G Revocable Trust
255 East Temple Street,                  Attn: Bankruptcy                               Aspen Properties Group, LLC
Los Angeles, CA 90012-3332               Po Box 183853                                  2700A Philadelphia Road
                                         Arlington, TX 76096-3853                       Edgewood, MD 21040


Aspen G. Revocable Trust                 CALIFORNIA AUTO FINANCE                        CWMBS  Inc., CHL Mortgage Pass
2700A Philadelphia Rd                    PO BOX 14225                                   through Trust 2005-3
Edgewood, MD 21040                       ORANGE CA 92863-1225                           c/o Bayview Loan Servicing, LLC
                                                                                        P.O Box 650091
                                                                                        Dallas, TX 75265-0091


California Auto Finance                  FCI Lender Services Inc                        GM Financial
311 E Katella Ave                        8180 E. Kaiser Blvd                            PO BOX 182963
Orange, CA 92867-4860                    Anaheim, CA 92808-2277                         Arlington, TX 76096-2963



LoanMe, Inc.                             T Mobile/T-Mobile USA Inc                      Timepayment Corp, LLC.
Attn: Bankruptcy                         by American InfoSource LP as agent             16 New England Executive Office Park S.
Po Box 5648                              PO Box 248848                                  Burlington, MA 01803-5217
Orange, CA 92863                         Oklahoma City, OK  73124-8848


United States Trustee (LA)               Zieve, Brodnax & Steele, LLP                   Blanca Estela Rubalcava
915 Wilshire Blvd, Suite 1850            30 Corporate Park, Suite 450                   16227 Salazar Drive
Los Angeles, CA 90017-3560               Irvine, CA 92606-3401                          Hacienda Heights, CA 91745-4862



Kathy A Dockery (TR)                     Kevin Tang
801 Figueroa Street, Suite 1850          Tang & Associates
Los Angeles, CA 90017-5569               601 S, Figueroa Street., Suite 4050
                                         Los Angeles, CA 90017-5879
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                          End of Label Matrix
                                         Mailable recipients    19
                                         Bypassed recipients     1
                                         Total                  20